An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ERIC TODD DOUGLAS,
Appellant,
vs.
TAMMY DOUGLAS,
Respondent.

No. 62529

**FILED**

APR 2 9 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

Appellant seeks to challenge a district court order denying a motion to disqualify the Honorable Bill Henderson, District Court Judge. As no statute or court rule authorizes an appeal from the challenged order, it is not substantively appealable. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); *see also Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984). As we lack jurisdiction to consider this appeal, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:    Hon. Jennifer P. Togliatti, District Judge
       Eric Todd Douglas
       Tammy Douglas
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-12506